IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Norfolk Division

FILED
IN OPEN COURT

DEC - 1 2015

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 2:15CR149 |
| | ) | |
| MEGAN GARTON, | ) | |
| | ) | |
| Defendant. | ) | |

## STATEMENT OF FACTS

The United States and the defendant, MEGAN GARTON, agree that at trial, the United States would have proven the following facts beyond a reasonable doubt with admissible and credible evidence:

1. During the time period from on or about December 26, 2014 through on or about July 24, 2015, Megan Garton resided at a residence on Dylan Drive, Virginia Beach, Virginia, together with Gregory Gerard-Cliff Hatt. Throughout that time period, the defendant, Megan GARTON, and Gregory Hatt distributed heroin from their residence and from other locations in Virginia Beach, Virginia.

2. From December 2014 through July 2015, the defendant, Megan GARTON, and Gregory HATT kept a supply of heroin, as well as other narcotics, in their shared bedroom and bathroom at their Dylan Drive, Virginia Beach, Virginia residence. The defendant, Megan GARTON, and Gregory Hatt also kept the following items in their possession at their residence: multiple firearms (to include a firearm that had been modified to have a barrel less than eighteen inches in length), digital scales, a machine press, needles, syringes, and other drug paraphernalia.

3. Throughout January and February 2015, the defendant, Megan GARTON, and Gregory Hatt sold heroin to an active duty Navy sailor and his wife. On occasion, the defendant, Megan GARTON, and Gregory Hatt would conduct a sale together. On other occasions, one would conduct a sale without the other. On February 19, 2015, the defendant, Megan GARTON, distributed approximately 1 gram of a mixture or substance containing heroin to the wife of an active duty Navy sailor.

4. On June 3, 2015, an NCIS agent, working undercover, reached out to Gregory Hatt, seeking to purchase heroin from him. Gregory Hatt agreed to sell heroin to the undercover agent who contacted him, but later informed the agent that his girlfriend, the defendant, Megan GARTON, would be conducting the sale. The defendant, Megan GARTON, traveled to a shopping center located on Kempsville Road, Virginia Beach, Virginia, where she sold approximately 0.85 grams of a substance containing heroin and fentanyl to the undercover NCIS agent.

5. Throughout June and July of 2015, the defendant, Megan GARTON, and Gregory Hatt continued to distribute heroin from their residence and from other Virginia Beach, Virginia locations.

6. On July 24, 2015, NCIS agents, together with agents from the Virginia Beach Police Department, executed a search warrant upon the Dylan Drive, Virginia Beach, Virginia residence. They seized the following items from the residence: 36.6 grams of heroin, 17 grams of cocaine, six fully loaded firearms (including a shotgun that had been modified to have a barrel less than eighteen inches in length), digital scales, a machine press, needles, and syringes.

Respectfully submitted,

Dana J. Boente
United States Attorney

By: _____/s/ Alyssa K. Nichol_____
Alyssa K. Nichol
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
101 West Main Street, Suite 6000
Norfolk, Virginia, 23510
Telephone: 757 441 3554
Fax: 757 441 3025
Email: alyssa.nichol@usdoj.gov

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, MEGAN GARTON, and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____/s/ Megan Garton_____
MEGAN GARTON

I am the defendant's attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____/s/ John Venner_____
John Venner, Esquire
Attorney for MEGAN GARTON